UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 22-cv-81964-AMC

INTREPID OCEANS MARINE, LLC,

    Plaintiff,

v.

JMS NAVAL ARCHITECTS, LLC,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

COMES NOW the Defendant, JMS NAVAL ARCHITECTS, LLC, by and through their undersigned counsel, hereby gives notice to this Court that the parties have come to an agreement and this matter has settled.  The Plaintiff requests that the Court reserve jurisdiction to enforce the terms of the settlement.

**SIOLI ALEXANDER PINO**
*Attorneys for Defendant*
9155 S. Dadeland Blvd., Suite 1600
Miami, FL 33156
Telephone: (305) 428-2470
Facsimile: (305) 428-2471


By: */s/ Brian T. Scarry*
    **BRIAN T. SCARRY, ESQ.**
    Florida Bar No: 914230
    E-Mail: bscarry@siolilaw.com

CASE NO. 22-cv-81964-AMC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 4th day of March, 2025, via transmission of Notices of Electronic Filing generated by CM/ECF, on all counsel or parties of record registered with the Court.

**SIOLI ALEXANDER PINO**
*Attorneys for Defendant*
9155 S. Dadeland Blvd., Suite 1600
Miami, FL 33156
Telephone: (305) 428-2470
Facsimile: (305) 428-2471


By: */s/ Brian T. Scarry*
    **BRIAN T. SCARRY, ESQ.**
    Florida Bar No: 914230
    E-Mail: bscarry@siolilaw.com