UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO. 22-cv-81964-AMC

INTREPID OCEANS MARINE, LLC,

    Plaintiff,

v.

JMS NAVAL ARCHITECTS, LLC,

    Defendant.
_____/

**STIPULATION FOR
DISMISSAL WITH PREJUDICE**

COME NOW all parties to the captioned litigation, by and through their respective undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), state that all claims between all parties have been amicably settled, compromised, adjusted, and resolved and that this case may be dismissed with prejudice, with each party bearing its own attorney's fees and costs.

Dated:  April 24, 2025.

| CHUSID, KATZ & SPOSATO, LLP<br>Counsel for Plaintiff<br>5850 Coral Ridge Drive, #201<br>Coral Springs, FL 33076<br>Telephone: (954-340-2200<br><br><br>By:  /s/ James F. Sposato<br>    JAMES F. SPOSATO, ESQ.<br>    Fla. Bar No. 644171<br>    E-Mail: jsposato@ckattorneys.com | SIOLI ALEXANDER PINO<br>Counsel for Defendant<br>9155 S. Dadeland Blvd., #1600<br>Miami, FL  33156<br>Telephone: (305) 428-2470<br><br><br>By:  /s/ Brian T. Scarry<br>    BRIAN T. SCARRY, ESQ.<br>    Fla. Bar No. 914230<br>    E-Mail: bscarry@siolilaw.com |